AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

JOSH DONLEY,

                Plaintiff,

                 v.

CATHY DANIEL,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-5014-LRS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED Plaintiff's Motion to Voluntarily Dismiss Complaint is GRANTED.  Complaint is DISMISSED WITHOUT PREJUDICE.

May 3, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Renea Ferrante
*(By) Deputy Clerk*

Renea Ferrante